## Commonwealth *v.* Bowden, Appellant.

Submitted December 7, 1972. *Guy T. Moore,* and *Saul, Ewing, Remick & Saul,* for appellant; *James A. Shellenberger, James T. Ran-*

*ney,* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.